Mr. Abel Acosta, Clerk
Supreme Court Building
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 07 2015

Abel Acosta, Clerk

RE: Ex Parte: Lonnie James Bailey Jr.; Trial Court Writ No. 2007-418,414-C and WR-58,821-05...

Dear Sir,
    I would like to know the status of the above referenced cause.... I received a notice from you indicating that my 11.07 Writ of Habeas Corpus was received and presented to the Court @ 7-6-2015....

    Your assistance/attention in this matter would be greatly appreciated

                                        Respectfully Submitted,
                                        #1516653
                                        Lonnie J. Bailey Jr. #1516653
                                        Darrington Unit
                                        59 Darrington Rd
                                        Rosharon, TX. 77583

cc: Persona Files
    Abel Acosta, Clerk
    Others